```
                                          USDC SDNY
                                          DOCUMENT ELECTRONICALLY
                                          FILED
UNITED STATES DISTRICT COURT              DOC#:_____
SOUTHERN DISTRICT OF NEW YORK             DATE FILED: 6-1-16
```

------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
            -against-               :            **ORDER**
                                    :
Larry Williams                      :            02CR1372
                                    :            Docket #
                                    :
------------------------------------x


Andrew L. Carter, Jr., DISTRICT JUDGE:
   Judge's Name

The C.J.A. attorney assigned to this case
Alexander Eisemann & Lawrence Schoenbach is hereby ordered substituted
      Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to  Bradley Henry    , NUNC-PRO-TUNC _____.
                        Attorney's Name

                                SO ORDERED.

                                _____
                                UNITED STATES DISTRICT JUDGE


May 24, 2016
Dated:  New York, New York