USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8-27-21

EdwNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
United States of America,

                                                     **ORDER**
                                                     02-CR-1372 (ALC)

       -against-

Larry Williams,
-----------------------------------------------------------X
ANDREW L. CARTER, JR., United States District Judge:

    The Status Conference set for September 3, 2021 is canceled. Probation shall file a status report on September 17, 2021. Probation is directed to provide the parties with a copy of this report and, the parties may respond to the report by September 24, 2021.

    **SO ORDERED.**

Dated: New York, New York
       August 27, 2021

                                                  */s/ Andrew L. Carter, Jr.*
                                                  **ANDREW L. CARTER, JR.**
                                                  **UNITED STATES DISTRICT JUDGE**